IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION
FILED
10/24/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| THOMAS PHILLIP ENGLERT, | CV 19-00037-H-DLC-JTJ |
| Plaintiffs, | |
| vs. | ORDER |
| BLAIR HOPKINS, MONTANA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

Plaintiff Thomas Englert has filed a "Formal Request for Continuance to Prepare Amended Brief." (Doc. 8.) In light of Mr. Englert's status as an incarcerated inmate and the complexity of the issues at hand,

IT IS HEREBY ORDERED THAT Mr. Englert shall have until November 29, 2019 to file an amended complaint in compliance with Judge Christensen's September 27, 2019 Order.

DATED this 24th day of October, 2019.

                                            /s/ John Johnston
                                            John Johnston
                                            United States Magistrate Judge